IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERNIX SLEEP, INC., *et al.*[1] | Case No. 19-10323 (CSS) |
| Debtors. | Joint Administration Requested |

AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 21, 2019 AT 11:00 A.M.[3] BEFORE THE
HONORABLE CHRISTOPHER S. SONTCHI

[***DUE TO WEATHER, THE COURT HAS RESCHEDULED THIS HEARING TO
FEBRUARY 21, 2019 AT 11:00 A.M.***]

**FIRST DAY MATTERS GOING FORWARD:**

1.   Motion of Debtors for Entry of an Order Directing Joint Administration of Chapter 11
     Cases [D.I. 4, filed on February 19, 2018]

     Response Deadline:   **February 21, 2019 at 11:00 a.m.**

     Responses Received:  None

     Related Documents:

     A.   Declaration of John A. Sedor in Support of the Debtors' Chapter 11 Petitions and
          First Day Pleadings [D.I. 3, filed on February 18, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: Pernix Therapeutics Holdings, Inc. (4736), Pernix Therapeutics, LLC (1128), Pernix Manufacturing, LLC (1236), Pernix Sleep, Inc. (1599), Cypress Pharmaceuticals, Inc. (1860), Hawthorn Pharmaceuticals, Inc. (2769), Macoven Pharmaceuticals, L.L.C. (4549), Gaine, Inc. (3864), Respicopea, Inc. (1303), Pernix Ireland Limited (3106PH), Pernix Ireland Pain Designated Activity Company (0190LH), Pernix Holdco 1, LLC, Pernix Holdco 2, LLC, Pernix Holdco 3, LLC.

[2] **Amended items appear in bold.**

[3] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

B.  Notice of Filing Chapter 11 Petitions and Related Motions and Declarations [D.I. 24, filed on February 19, 2019]

Status:  This matter will go forward.

2.  Debtors' Application for Appointment of Prime Clerk LLC As Claims and Noticing Agent [D.I. 5, filed on February 19, 2019]

Response Deadline:  **February 21, 2019 at 11:00 a.m.**

Responses Received:  None

Related Documents:

A.  Declaration of John A. Sedor in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on February 18, 2019]

B.  Notice of Filing Chapter 11 Petitions and Related Motions and Declarations [D.I. 24, filed on February 19, 2019]

Status:  This matter will go forward.

3.  Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue to Maintain Existing Cash Management System, Bank Accounts and Business Forms, (II) Continued Engagement in Intercompany Transactions, (III) Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and the United States Trustee Operating Guidelines [D.I. 6, filed on February 19, 2019]

Response Deadline:  **February 21, 2019 at 11:00 a.m.**

Responses Received:  None

Related Documents:

A.  Declaration of John A. Sedor in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on February 18, 2019]

B.  Notice of Filing Chapter 11 Petitions and Related Motions and Declarations [D.I. 24, filed on February 19, 2019]

Status:  This matter will go forward.

4.  Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (a) Pay Prepetition Employee Obligations and Other Compensation and (b) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims and

(III) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 7, filed on February 19, 2019]

Response Deadline:   **February 21, 2019 at 11:00 a.m.**

Responses Received:  None

Related Documents:

A.   Declaration of John A. Sedor in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on February 18, 2019]

B.   Notice of Filing Chapter 11 Petitions and Related Motions and Declarations [D.I. 24, filed on February 19, 2019]

Status:  This matter is going forward.

5.   Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [D.I. 8, filed on February 19, 2019]

Response Deadline:   **February 21, 2019 at 11:00 a.m.**

Responses Received:  None

Related Documents:

A.   Declaration of John A. Sedor in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on February 18, 2019]

B.   Notice of Filing Chapter 11 Petitions and Related Motions and Declarations [D.I. 24, filed on February 19, 2019]

Status: This matter will go forward.

6.   Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay Certain Taxes, Governmental Assessments and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 9, filed on February 19, 2019]

Response Deadline:   **February 21, 2019 at 11:00 a.m.**

Responses Received:  None

Related Documents:

    A.     Declaration of John A. Sedor in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on February 18, 2019]

    B.     Notice of Filing Chapter 11 Petitions and Related Motions and Declarations [D.I. 24, filed on February 19, 2019]

Status:  This matter will go forward.

7.    Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue and Renew their Liability, Property, Casualty and Other Insurance Policies and Honor all Obligations in Respect Thereof, (II) Financial Institutions to Honor and Process Related Checks and Transfers and (III) Debtors to Continue Insurance Premium Financing Obligations Arising in Connection Therewith and Renew or Enter Into New Program Arrangements [D.I. 10, filed on February 19, 2019]

Response Deadline:  **February 21, 2019 at 11:00 a.m.**

Responses Received:  None

Related Documents:

    A.     Declaration of John A. Sedor in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on February 18, 2019]

    B.     Notice of Filing Chapter 11 Petitions and Related Motions and Declarations [D.I. 24, filed on February 19, 2019]

Status:  This matter will go forward.

8.    Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Payment of Certain Prepetition Claims of Critical Vendors, (II) Payment of 503(b)(9) Claims to Certain Critical Vendors and (III) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 11, filed on February 19, 2019]

Response Deadline:  **February 21, 2019 at 11:00 a.m.**

Responses Received:  None

Related Documents:

    A.     Declaration of John A. Sedor in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on February 18, 2019]

    B.     Notice of Filing Chapter 11 Petitions and Related Motions and Declarations [D.I. 24, filed on February 19, 2019]

Status: This matter will go forward.

9.   Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and to Otherwise Continue Customer and Sales Programs, (II) Grant Relief from Stay to Permit Setoff in Connection with the Customer and Sales Programs and (III) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 12, filed on February 19, 2019]

Response Deadline:   **February 21, 2019 at 11:00 a.m.**

Responses Received:  None

Related Documents:

   A.   Declaration of John A. Sedor in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on February 18, 2019]

   B.   Notice of Filing Chapter 11 Petitions and Related Motions and Declarations [D.I. 24, filed on February 19, 2019]

Status:  This matter will go forward.

10.   Motion of Debtors for Entry of Interim and Final Orders Establishing Notice and Objection Procedures for Transfers of Equity Securities [D.I. 13, filed on February 19, 2019]

Response Deadline:   **February 21, 2019 at 11:00 a.m.**

Responses Received:  None

Related Documents:

   A.   Declaration of John A. Sedor in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on February 18, 2019]

   B.   Notice of Filing Chapter 11 Petitions and Related Motions and Declarations [D.I. 24, filed on February 19, 2019]

Status:  This matter will go forward.

11.   Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Financing and (B) To Use Cash Collateral, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [D.I. 19, filed on February 19, 2019]

Response Deadline:    **February 21, 2019 at 11:00 a.m.**

Responses Received:  None

Related Documents:

A.    Declaration of John A. Sedor in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3, filed on February 18, 2019]

B.    Notice of Filing Chapter 11 Petitions and Related Motions and Declarations [D.I. 24, filed on February 19, 2019]

Status:  This matter will go forward.

Dated: February 20, 2019        **LANDIS RATH & COBB LLP**
       Wilmington, Delaware

       _____
       Adam G. Landis (No. 3407)
       Kerri K. Mumford (No. 4186)
       Jennifer L. Cree (No. 5919)
       Nicolas E. Jenner (No. 6554 )
       919 Market Street, Suite 1800
       Wilmington, Delaware 19801
       Telephone: (302) 467-4400
       Facsimile: (302) 467-4450
       Email:  landis@lrclaw.com
              mumford@lrclaw.com
              cree@lrclaw.com
              jenner@lrclaw.com

       *-and-*

**DAVIS POLK & WARDWELL LLP**
Marshall S. Huebner (*pro hac vice* pending)
Eli J. Vonnegut (*pro hac vice* pending)
Christopher S. Robertson (*pro hac vice*
pending)
Douglas R. Keeton (*pro hac vice* pending)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: marshall.huebner@davispolk.com
        eli.vonnegut@davispolk.com
        christopher.robertson@davispolk.com
        douglas.keeton@davispolk.com

*Proposed Counsel to the Debtors and Debtors-
In-Possession*