# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERNIX SLEEP, INC., *et al.*, | Case No. 19-10323 (CSS) |
| Debtors. | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Telemetry Securities LLC**, Attn: Dan Sommers, 545 Fifth Avenue, Suite 1108, New York, NY 10017, Phone: (917) 305-1754

2. **683 Capital Partners, LP**, Attn: Mimi Liu, 3 Columbus Circle, Suite 2205 New York, NY 10019, Phone: (212) 554-2389

3. **Medicine to Go Pharmacies, Inc., and certified class**, Attn: Andrew Thomasson, Esq., 150 Morris Ave., 2nd Floor, Springfield, NJ 07081-1315, Phone: (973) 665-2056, Fax: (973) 532-5868

4. **Chad Myers and Jeffrey Hartzler, on behalf of themselves and others similarly situated in Adv. No. 19-50107**, Attn: Mary E. Olsen, Esq., 182 St. Francis St., Suite 103, Mobile, AL 36602, Phone: (251) 415-4978, Fax: (251) 433-8181

5. **Walgreen Co.**, Attn: Darin V. Osmond, 104 Wilmont Road, 4th Floor, MS #144P, Deerfield, IL 60016, Phone: (847) 315-4692


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ *Benjamin Hackman*      for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: March 1, 2019

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Kerri Mumford, Phone: (302) 467-4400, Fax: (302) 467-4450