IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERNIX SLEEP, INC., *et al.*[1] | Case No. 19-10323 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 22, 2019 AT 2:30 P.M.[2] BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI

**CONTINUED MATTERS**

1.  Motion of Debtors for Entry of an Order Authorizing the Debtors to File Under Seal Portions of Their Creditor Matrix Containing Certain Individual Creditor Information [D.I. 21, filed on February 19, 2019]

    Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

    Responses Received:

    A. Informal comments from the Official Committee of Unsecured Creditors

    Related Documents:

    B. Omnibus Hearing of Second Day Hearing [D.I. 70, filed on February 21, 2019]

    C. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: Pernix Therapeutics Holdings, Inc. (4736), Pernix Therapeutics, LLC (1128), Pernix Manufacturing, LLC (1236), Pernix Sleep, Inc. (1599), Cypress Pharmaceuticals, Inc. (1860), Hawthorn Pharmaceuticals, Inc. (2769), Macoven Pharmaceuticals, L.L.C. (4549), Gaine, Inc. (3864), Respicopea, Inc. (1303), Pernix Ireland Limited (3106PH), Pernix Ireland Pain Designated Activity Company (0190LH), Pernix Holdco 1, LLC, Pernix Holdco 2, LLC, Pernix Holdco 3, LLC.

[2] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

D. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019]

Status: This matter is adjourned to the April 15, 2019 omnibus hearing by agreement of all parties.

2. Motion of Debtors for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs, (II) Extending the Time to Schedule the Meeting of Creditors, (III) Waiving the Requirements to File Equity Lists and Provide Notice to Equity Security Holders, and (IV) Authorizing the Debtors to File a Consolidated List of the Debtors' Thirty (30) Largest Unsecured Creditors [D.I. 20, filed on February 19, 2019]

Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

A. Informal comments from the Office of the United States Trustee

B. Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C. Supplement to Motion of Debtors for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs, (II) Extending the Time to Schedule the Meeting of Creditors, (III) Waiving the Requirements to File Equity Lists and Provide Notice to Equity Security Holders, and (IV) Authorizing the Debtors to File a Consolidated List of the Debtors' Thirty (30) Largest Unsecured Creditors [D.I. 39, filed on February 21, 2019]

D. Notice of Hearing [D.I. 72, filed on February 21, 2019]

E. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019]

F. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019]

Status: This matter is adjourned to the April 15, 2019 omnibus hearing by agreement of all parties.

3. Motion of Debtors for Entry of an Order Authorizing Implementation of Key Employee Incentive Plan [D.I. 95, filed on February 28, 2019]

Response Deadline:   March 7, 2019 at 4:00 p.m. Extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

A. Informal comments from the Official Committee of Unsecured Creditors

B. Objection of the United States Trustee to Debtors' Motion for Entry of an Order Authorizing Insider Bonus Plan [D.I. 131, filed on March 14, 2019]

C. Objection of Phil Crescimanno; to Motion of Debtors for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan [D.I. 136, filed on March 18, 2019]

Related Documents:

D. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019]

E. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019]

Status: This matter is adjourned to the April 15, 2019 omnibus hearing by agreement of all parties.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION/ CERTIFICATION OF COUNSEL:**

4.  Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk, LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 78, filed on February 21, 2019]

    Response Deadline:   March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

    Responses Received: None

    Related Documents:

    A. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019]

    B. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019]

    C. Certificate of No Objection [D.I. 144, filed on March 20, 2019]

Status: A Certificate of No Objection has been filed and submitted in accordance with the Court's procedures.

5. Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [D.I. 15, filed on February 19, 2019]

Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

A. Informal comments from the Office of the United States Trustee

B. Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C. Omnibus Hearing of Second Day Hearing [D.I. 70, filed on February 21, 2019]

D. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A)

E. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B)

F. Certification of Counsel [D.I. 142, filed on March 20, 2019]

Status: A Certification of Counsel has been filed and submitted in accordance with the Court's procedures.

6. Motion of Debtors for Entry of an Order Authorizing the Debtors to (I) Reject Certain Unexpired Real Property Leases or Executory Contracts *Nunc Pro Tunc* to the Petition Date or Rejection Date and (II) Abandon Any Remaining Property at the Rejected Location [D.I. 16, filed on February 19, 2019]

Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

A. Informal comments from the Office of the United States Trustee

B. Informal comments from John, Mirmiran and Thompson, Inc.

C. Informal comments from Watermark Associates II, LLC/CBRE

Related Documents:

D. Supplement to Motion of Debtors for Entry of an Order Authorizing the Debtors to (I) Reject Certain Unexpired Real Property Leases or Executory Contracts Nunc Pro Tunc to the Petition Date or Rejection Date and (II) Abandon Any Remaining Property at the Rejected Location [D.I. 67, filed on February 21, 2019]

E. Notice of Hearing [D.I. 71, filed on February 21, 2019]

F. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] *(See* Tab 4.A)

G. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] *(See* Tab 4.B)

H. Certification of Counsel [D.I. 143, filed on March 20, 2019]

Status: The informal comments of the Office of the United States Trustee, John, Mirmiran and Thompson, Inc, and Watermark Associates II, LLC/CBRE have been resolved. A Certification of Counsel has been filed and submitted in accordance with the Court's procedures.

7. Second Motion of Debtors for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts *Nunc Pro Tunc* to February 28, 2019 [D.I. 94, filed on February 28, 2019]

Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received: None

Related Documents:

A. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] *(See* Tab 4.A)

B. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] *(See* Tab 4.B)

C. Certificate of No Objection [D.I. 145, filed on March 20, 2019]

Status: A Certificate of No Objection has been filed and submitted in accordance with the Court's procedures.

**MATTERS GOING FORWARD:**

8.  Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue to Maintain Existing Cash Management System, Bank Accounts and Business Forms, (II) Continued Engagement in Intercompany Transactions, (III) Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and the United States Trustee Operating Guidelines [D.I. 6, filed on February 19, 2019]

    Response Deadline:  March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

    Responses Received:

    A. Informal comments from the Office of the United States Trustee

    B. Informal comments from the Official Committee of Unsecured Creditors

    Related Documents:

    C. Interim Order Authorizing (I) the Debtors to Continue to Maintain Existing Cash Management System, Bank Accounts and Business Forms, (II) Continued Engagement in Intercompany Transactions, (III) Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) and the United States Trustee Operating Guidelines [D.I. 58, entered on February 21, 2019]

    D. Omnibus Notice of Second Day Hearing [D.I. 69, filed on February 21, 2019]

    E. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A)

    F. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B)

    Status: The Debtors and the Official Committee of Unsecured Creditors continue to discuss this in advance of the hearing on March 22, 2019. To the extent that an agreement can be reached, the Debtors anticipate filing a revised proposed form of Order under Certification of Counsel prior to the hearing. This matter is going forward.

9.  Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (a) Pay Prepetition Employee Obligations and Other Compensation and (b) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims and

(III) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 7, filed on February 19, 2019]

Response Deadline:   March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

A. Informal comments from the Office of the United States Trustee

B. Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C. Interim Order Authorizing (I) the Debtors to (a) Pay Prepetition Employee Obligations and Other Compensation and (b) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 60, entered on February 21, 2019]

D. Omnibus Notice of Second Day Hearing [D.I. 69, filed on February 21, 2019] (*See* Tab 8.D.)

E. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A)

F. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B)

Status: The Debtors and the Official Committee of Unsecured Creditors are working to resolve any outstanding issues in advance of the hearing on March 22, 2019. The Debtors also continue to work with the Office of the United States Trustee to resolve their outstanding issues on the key retention bonus plan. To the extent that an agreement can be reached, the Debtors anticipate filing a revised proposed form of Order under Certification of Counsel prior to the hearing. This matter is going forward.

10. Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [D.I. 8, filed on February 19, 2019]

Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

A.  Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

B.  Interim Order (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance [D.I. 62, entered on February 21, 2019]

C.  Omnibus Notice of Second Day Hearing [D.I. 69, filed on February 21, 2019] (*See* Tab 8.D.)

D.  Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A)

E.  Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B)

Status: The Debtors and the Official Committee of Unsecured Creditors are working to resolve any outstanding issues in advance of the hearing on March 22, 2019. To the extent that an agreement can be reached, the Debtors anticipate filing a revised proposed form of Order under Certification of Counsel prior to the hearing. This matter is going forward.

11. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay Certain Taxes, Governmental Assessments and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 9, filed on February 19, 2019]

Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

A.  Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

B.  Interim Order Granting Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Pay Certain Taxes, Governmental Assessments and

Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 53, entered on February 21, 2019]

C. Omnibus Notice of Second Day Hearing [D.I. 69, filed on February 21, 2019] (*See* Tab 8.D.)

D. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A)

E. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B)

Status: The Debtors and the Official Committee of Unsecured Creditors are working to resolve any outstanding issues in advance of the hearing on March 22, 2019. To the extent that an agreement can be reached, the Debtors anticipate filing a revised proposed form of Order under Certification of Counsel prior to the hearing. This matter is going forward.

12. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue and Renew their Liability, Property, Casualty and Other Insurance Policies and Honor all Obligations in Respect Thereof, (II) Financial Institutions to Honor and Process Related Checks and Transfers and (III) Debtors to Continue Insurance Premium Financing Obligations Arising in Connection Therewith and Renew or Enter Into New Program Arrangements [D.I. 10, filed on February 19, 2019]

Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

A. Informal comments from the Official Committee of Unsecured Creditors

B. Objections of Endurance American Insurance Company to Debtor's Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue and Renew their Liability, Property, Casualty and Other Insurance Policies and Honor all Obligations in Respect Thereof, (II) Financial Institutions to Honor and Process Related Checks and Transfers and (III) Debtors to Continue Insurance Premium Financing Obligations Arising in Connection Therewith and Renew or Enter Into New Program Arrangements [D.I. 112, filed on March 7, 2019]

Related Documents:

C. Interim Order Authorizing (I) the Debtors to Continue and Renew their Liability, Property, Casualty and Other Insurance Policies and Honor all Obligations in Respect Thereof, (II) Financial Institutions to Honor and Process Related Checks and

        Transfers and (III) Debtors to Continue Insurance Premium Financing Obligations Arising in Connection Therewith and Renew or Enter Into New Program Arrangements [D.I. 54, entered on February 21, 2019]

    D.  Omnibus Notice of Second Day Hearing [D.I. 69, filed on February 21, 2019] (*See* Tab 8.D.)

    E.  Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A)

    F.  Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B)

Status: The Endurance objection is resolved and will be withdrawn. The Debtors and the Official Committee of Unsecured Creditors are working to resolve any outstanding issues in advance of the hearing on March 22, 2019. To the extent that an agreement can be reached, the Debtors anticipate filing revised proposed forms of Orders under Certification of Counsel prior to the hearing. This matter is going forward.

13.  Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Payment of Certain Prepetition Claims of Critical Vendors, (II) Payment of 503(b)(9) Claims to Certain Critical Vendors and (III) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 11, filed on February 19, 2019]

    Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

    Responses Received:

    A.  Informal comments from the Official Committee of Unsecured Creditors

    Related Documents:

    B.  Interim Order Authorizing (I) Payment of Certain Prepetition Claims of Critical Vendors, (II) Payment of 503(b)(9) Claims to Certain Critical Vendors and (III) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 56, entered on February 21, 2019]

    C.  Omnibus Notice of Second Day Hearing [D.I. 69, filed on February 21, 2019] (*See* Tab 8.D.)

    D.  Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A)

  E. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B)

Status: The Debtors and the Official Committee of Unsecured Creditors are working to resolve any outstanding issues in advance of the hearing on March 22, 2019. To the extent that an agreement can be reached, the Debtors anticipate filing a revised proposed form of Order under Certification of Counsel prior to the hearing. This matter is going forward.

14. Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and to Otherwise Continue Customer and Sales Programs, (II) Grant Relief from Stay to Permit Setoff in Connection with the Customer and Sales Programs and (III) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 12, filed on February 19, 2019]

Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

A. Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

B. Interim Orders Authorizing (I) the Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and to Otherwise Continue Customer and Sales Programs, (II) Grant Relief from Stay to Permit Setoff in Connection with the Customer and Sales Programs and (III) Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 57, entered on February 21, 2019]

C. Omnibus Notice of Second Day Hearing [D.I. 69, filed on February 21, 2019] (*See* Tab 8.D.)

D. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A)

E. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B)

Status: The Debtors and the Official Committee of Unsecured Creditors are working to resolve any outstanding issues in advance of the hearing on March 22, 2019. To the extent that agreement can be reached, the Debtors anticipate filing a revised proposed form of Order under Certification of Counsel prior to the hearing. This matter is going forward.

15. Motion of Debtors for Entry of Interim and Final Orders Establishing Notice and Objection Procedures for Transfers of Equity Securities [D.I. 13, filed on February 19, 2019]

    Response Deadline:   March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

    Responses Received:

    A. Informal comments from the Official Committee of Unsecured Creditors

    Related Documents:

    B. Interim Order (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities and (II) Scheduling a Final Hearing [D.I. 59, entered on February 21, 2019]

    C. Omnibus Notice of Second Day Hearing [D.I. 69, filed on February 21, 2019] (*See* Tab 8.D.)

    D. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A)

    E. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B)

    Status: The Debtors and the Official Committee of Unsecured Creditors are working to resolve any outstanding issues in advance of the hearing on March 22, 2019. To the extent that agreement can be reached, the Debtors anticipate filing a revised proposed form of Order under Certification of Counsel prior to the hearing. This matter is going forward.

16. Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors (A) To Obtain Postpetition Financing and (B) To Use Cash Collateral, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [D.I. 19, filed on February 19, 2019]

    Response Deadline:   March 7, 2019 at 4:00 p.m. Extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

    Responses Received:

    A. Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

B. Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing and (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Superiority Claims (IV) Granting Adequate Protection (V) Scheduling a Final Hearing and (VI) Granting Related Relief [D.I. 61, entered on February 21, 2019]

C. Omnibus Notice of Second Day Hearing [D.I. 69, filed on February 21, 2019] (*See* Tab 8.D.)

D. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A)

E. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B)

Status: The Debtors and the Official Committee of Unsecured Creditors are working to resolve any outstanding issues in advance of the hearing on March 22, 2019. To the extent that an agreement can be reached, the Debtors anticipate filing a revised proposed form of Order under Certification of Counsel prior to the hearing. This matter is going forward on an interim basis.

17. Motion of Debtors for Entry of an Order Authorizing the Employment and Retention of Professionals Utilized in the Ordinary Course of Business [D.I. 17, filed on February 19, 2019]

Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

A. Informal comments from the Office of the United States Trustee

B. Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

C. Omnibus Hearing of Second Day Hearing [D.I. 70, filed on February 21, 2019] (*See* Tab 5.C.)

D. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A)

E. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B)

Status: The Debtors and the Official Committee of Unsecured Creditors are working to resolve any outstanding issues in advance of the hearing on March 22, 2019. To the extent that an agreement can be reached, the Debtors anticipate filing a revised proposed form of Order under Certification of Counsel prior to the hearing. This matter is going forward.

18. Motion of Debtors for Entry of Orders (I)(a) Approving Sale Procedures for Sale of Debtors' Assets, (b) Approving Stalking Horse Bid Protections, (c) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (d) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (e) Approving Assumption and Assignment Procedures and (f) Granting Related Relief and (II)(a) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (b) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (c) Granting Related Relief [D.I. 26, filed on February 19, 2019]

Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

A. Informal comments from the Office of the United States Trustee

B. Informal comments from the Official Committee of Unsecured Creditors

C. Objection of Cigna Entities to Debtors' Motion of Debtors for Entry of Orders (I)(a) Approving Sale Procedures for Sale of Debtors' Assets, (b) Approving Stalking Horse Bid Protections, (c) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (d) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (e) Approving Assumption and Assignment Procedures and (f) Granting Related Relief and (II)(a) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (b) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (c) Granting Related Relief [D.I. 103, filed on March 6, 2019]

D. Objection of Endurance American Insurance Company to Motion of Debtors for Entry of Orders (I)(a) Approving Sale Procedures for Sale of Debtors' Assets, (b) Approving Stalking Horse Bid Protections, (c) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (d) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (e) Approving Assumption and Assignment Procedures and (f) Granting Related Relief and (II)(a) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (b) Authorizing

Assumption and Assignment of Executory Contracts and Unexpired Leases and (c) Granting Related Relief [D.I. 113, filed on March 7, 2019]

E. Objection of Phil Crescimanno & 9307 - 0258 Quebec Inc C/O Aleandre Ben - Amor, Shareholders; to Motion of Debtors for Entry of Orders (I)(a) Approving Sale Procedures for Sale of Debtors' Assets, (b) Approving Stalking Horse Bid Protections, (c) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (d) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing, (e) Approving Assumption and Assignment Procedures and (f) Granting Related Relief and (II)(a) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (b) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (c) Granting Related Relief [D.I. 135, filed on March 18, 2019]

Related Documents:

F. Notice of Hearing [D.I. 73, filed on February 21, 2019]

G. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A)

H. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B)

I. Debtors' Omnibus Reply to Objections to Debtors' Sale Procedures Motion [D.I. 138, filed on March 19, 2019]

Status: The objections of Endurance, Cigna and the informal comments of the Office of the United States Trustee are resolved. The Debtors and the Official Committee of Unsecured Creditors are working to resolve any outstanding issues in advance of the hearing on March 22, 2019. To the extent that agreement can be reached, the Debtors anticipate filing revised proposed forms of Orders under Certification of Counsel prior to the hearing. This matter is going forward.

19. Application of the Debtors to Approve the Employment and Retention of Landis Rath & Cobb LLP as their Bankruptcy Counsel, *Nunc Pro Tunc* to the Petition Date, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1 [D.I. 75, filed on February 21, 2019]

Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

A. Informal comments from the Official Committee of Unsecured Creditors

  B. Informal comments from the Office of the United States Trustee

Related Documents:

  C. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A.)

  D. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B.)

Status: The Debtors and the Official Committee of Unsecured Creditors continue to discuss these in advance of the hearing on March 22, 2019. The informal comments of the Office of the United States Trustee have been resolved. This matter is going forward.

20.  Application of the Debtors for Entry of an Order, Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Guggenheim Securities, LLC as Investment Banker for the Debtors and Debtors In Possession, *Nunc Pro Tunc* to the Petition Date, and Waiving Certain Time-Keeping Requirements of Local Rule 2016-2 [D.I. 76, filed on February 21, 2019]

Response Deadline: March 7, 2019 at 4:00 p.m.; extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

  A. Informal comments from the Office of the United States Trustee

  B. Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

  C. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A)

  D. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B.)

Status: The Debtors and the Official Committee of Unsecured Creditors continue to discuss these in advance of the hearing on March 22, 2019. The informal comments of the Office of the United States Trustee have been resolved. This matter is going forward.

21.  Application of the Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [D.I. 77, filed on February 21, 2019]

Response Deadline:   March 7, 2019 at 4:00 p.m. Extended to March 15, 2019 at 4:00 p.m. for the United States Trustee and to March 21, 2019 at 4:00 p.m. for the Official Committee of Unsecured Creditors

Responses Received:

A. Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

B. Notice of Rescheduled Second Day Hearing [D.I. 114, filed on March 7, 2019] (*See* Tab 4.A.)

C. Amended Notice of Rescheduled Second Day Hearing [D.I. 130, filed on March 14, 2019] (*See* Tab 4.B.)

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Status: The Debtors and the Official Committee of Unsecured Creditors continue to discuss these in advance of the hearing on March 22, 2019. The informal comments of the Office of the United States Trustee have been resolved. This matter is going forward.

Dated: March 20, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri Mumford
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Jennifer L. Cree (No. 5919)
Nicolas E. Jenner (No. 6554 )
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
 mumford@lrclaw.com
 cree@lrclaw.com
 jenner@lrclaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Eli J. Vonnegut *(Admitted pro hac vice)*
Christopher S. Robertson *(Admitted pro hac vice)*
Elliott Moskowitz *(Admitted pro hac vice)*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: eli.vonnegut@davispolk.com
 christopher.robertson@davispolk.com
 elliott.moskowitz@davispolk.com

*Proposed Counsel to the Debtors and Debtors-In-Possession*