## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERNIX SLEEP, INC., *et al.*[1] | Case No. 19-10323  (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF CANCELLATION OF AUCTION FOR THE DEBTORS' ASSETS

On March 22, 2019, the Court entered an order (the "Sale Procedures Order")[2] [Docket No. 191] approving, among other things, the Sale Procedures, which set the Bid Deadline as April 5, 2019 and, in the event of the receipt of any Qualified Bids, scheduled the Auction for April 11, 2019.

**PLEASE TAKE NOTICE** that the Debtors did not receive any Qualified Bids (other than the Qualified Bid submitted by the Stalking Horse Bidder) prior to the Bid Deadline.  In accordance with the Sale Procedures, the Stalking Horse Bidder has been deemed the Successful Bidder.  **ACCORDINGLY, THE DEBTORS HAVE CANCELLED THE SCHEDULED AUCTION AND WILL NOT CONDUCT AN AUCTION FOR THE ASSETS.**

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing is scheduled to be held on April 15, 2019 at 2:00 p.m. (ET).  At the Sale Hearing, the Debtors will seek approval of a sale of the Transferred Assets to the Stalking Horse Bidder, as outlined in the Debtors' February 19, 2019 motion to approve the sale [Docket No. 26].

**PLEASE TAKE FURTHER NOTICE THAT** the Stalking Horse Bidder has made its initial designation the executory contracts set forth on **Exhibit 1** hereto as Transferred Contracts to be assumed and assigned to the Stalking Horse Bidder upon the closing of the Sale pursuant to the Asset Purchase Agreement.  In addition, the cure payments, if any, necessary for the assumption and assignment of the Transferred Contracts (the "Cure Payments") are set forth on **Exhibit 1**.  **All Cure Payments are the same amounts as the Cure Payments listed in the** *Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: Pernix Therapeutics Holdings, Inc. (4736), Pernix Therapeutics, LLC (1128), Pernix Manufacturing, LLC (1236), Pernix Sleep, Inc. (1599), Cypress Pharmaceuticals, Inc. (1860), Hawthorn Pharmaceuticals, Inc. (2769), Macoven Pharmaceuticals, L.L.C. (4549), Gaine, Inc. (3864), Respicopea, Inc. (1303), Pernix Ireland Limited (3106PH), Pernix Ireland Pain Designated Activity Company (0190LH), Pernix Holdco 1, LLC, Pernix Holdco 2, LLC, Pernix Holdco 3, LLC.  The Debtors' corporate headquarters and mailing address is 10 North Park Place, Suite 201, Morristown, NJ 07960.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Procedures Order.

*Amount* **[Docket No. 197], other than the Cure Payment with respect to the Consent Agreement Letter with CPPIB Credit Investments Inc. (Contract No. 103).**

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Motion, the Sale Procedures and the Sale Procedures Order, as well as all related exhibits, including the Stalking Horse Agreement and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at *https://cases.primeclerk.com/pernix*.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

{1228.002-W0055275.}

Dated:    April 9, 2019
          Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Jennifer L. Cree (No. 5919)
Nicolas E. Jenner (No. 6554)
919 N. Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mumford@lrclaw.com
       cree@lrclaw.com
       jenner@lrclaw.com


-and-

**DAVIS POLK & WARDWELL LLP**

Eli J. Vonnegut (admitted _pro hac vice_)
Christopher S. Robertson (admitted _pro hac vice_)
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Fax: (212) 701-5800
Email: eli.vonnegut@davispolk.com
christopher.robertson@davispolk.com

_Counsel to the Debtors and Debtors in Possession_