# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PERNIX SLEEP, INC., *et al.*,[1] ) | Case No. 19-10323 (CSS) |
| ) | Jointly Administered |
| Debtors. ) | |

## STIPULATION BETWEEN DEBTORS AND
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS
## WITH RESPECT TO PROFFERED TESTIMONY OF KENNETH PINA

WHEREAS, this Court held a hearing (the "Hearing") concerning the Amended Notice of Agenda of Matters Scheduled for Hearing on March 22, 2019; and

WHEREAS, during the Hearing counsel for the Debtors set forth on the record statements that counsel indicated Kenneth Pina "would testify" to "if he were called to testify" (Tr. of Hearing 17:18 – 23) (the "Proffer"),

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1.  The Official Committee of Unsecured Creditors of the Debtors does not concede that the Proffer, or any part of it, is binding or admissible against any party in any future proceeding.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: Pernix Therapeutics Holdings, Inc. (4736), Pernix Therapeutics, LLC (1128), Pernix Manufacturing, LLC (1236), Pemix Sleep, Inc. (1599), Cypress Pharmaceuticals, Inc. (1860), Hawthorn Pharmaceuticals, Inc. (2769), Macoven Pharmaceuticals, LLC (4549), Gaine, Inc. (3864), Respicopea, Inc. (1303), Pemix Ireland Limited (3l06PH), Pernix Ireland Pain Designated Activity Company (0190LH), Pernix Holdco 7, LLC (N/A), Pernix Holdco 2, LLC (N/A), Pernix Holdco 3, LLC (N/A). The Debtors' corporate headquarters and the mailing address is 10 North Park Place, Suite 201, Morristown, NJ 07960.

2. To the extent Mr. Pina would have testified to any of the statements appearing in the transcript of the Hearing at 19:12-13; 20:3-7; 21:11-23, he would have done so only in his personal capacity, and not in his capacity as an employee, officer or agent of any of the Debtors.

Dated: April 15, 2019
       Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ R. Stephen McNeill
Jeremy W. Ryan (DE No. 4057)
R. Stephen McNeill (DE No. 5210)
1313 N. Market St., Sixth Floor
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
      rmcneill@potteranderson.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Arik Preis (admitted *pro hac vice*)
Gary A. Ritacco (admitted *pro hac vice*)
Rachelle L.T. Rubin (admitted *pro hac vice*)
One Bryant Park
Bank of America Tower
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: apreis@akingump.com
      gritacco@akingump.com
      rlrubin@akingump.com

*Counsel to the Committee*

**LANDIS RATH & COBB LLP**

/s/ Kerri K. Mumford
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mumford@lrclaw.com
      cree@lrclaw.com

-and-

**DAVIS POLK & WARDWELL LLP**
Elliot Moskowitz (admitted *pro hac vice*)
Eli J. Vonnegut (admitted *pro hac vice*)
Christopher S. Robertson (admitted *pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: elliot.moskowitz@davispolk.com
      eli.vonnegut@davispolk.com
      christopher.robertson@davispolk.com

*Counsel to the Debtors and Debtors-In-Possession*

SO ORDERED, _____, 2019
       Wilmington, Delaware

---

The Honorable Christopher S. Sontchi
Chief United States Bankruptcy Judge