## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERNIX SLEEP, INC., *et al.*[1] | Case No. 19-10323 (CSS) |
| Debtors. | Jointly Administered |
| CHAD MYERS AND JEFFREY HARTZLER, On behalf of themselves and all others similarly Situated, Plaintiffs, v. PERNIX THERAPEUTICS, LLC, Defendant. | Adv. No. 19-50107 (CSS) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 6, 2019 AT 3:00 P.M.[2] BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI

### CONTINUED ADVERSARY PRETRIAL CONFERENCE:

1.   Class Action Adversary Proceeding Complaint – Adv. No. 19-50107 [D.I. 74; Adv. D.I. 1, filed on February 21, 2019]

    Response Deadline:   April 4, 2019; Extended to May 4, 2019 for the Debtors

    Responses Received:  None

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: Pernix Therapeutics Holdings, Inc. (4736), Pernix Therapeutics, LLC (1128), Pernix Manufacturing, LLC (1236), Pernix Sleep, Inc. (1599), Cypress Pharmaceuticals, Inc. (1860), Hawthorn Pharmaceuticals, Inc. (2769), Macoven Pharmaceuticals, L.L.C. (4549), Gaine, Inc. (3864), Respicopea, Inc. (1303), Pernix Ireland Limited (3106PH), Pernix Ireland Pain Designated Activity Company (0190LH), Pernix Holdco 1, LLC, Pernix Holdco 2, LLC, Pernix Holdco 3, LLC.

[2] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

Related Documents:

A. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 3, issued on May 5, 2019]

Status: This matter has been adjourned to the next omnibus hearing by consent of all parties.

## MATTERS GOING FORWARD:

2.      Motion of Debtors for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief [D.I. 341, filed on April 22, 2019]

Response Deadline:    April 1, 2019 at 4:00 p.m.; extended to May 1, 2019 for the Office of the United States Trustee and AIG [American International Group, Inc.]

Responses Received:

A. Informal comments from Navigators Insurance Company and Endurance American Insurance Company

B. Informal comments from the Office of the United States Trustee

C. Informal comments from the U.S. Securities and Exchange Commission

D. Informal comments from Wilmington Trust, National Association

E. Objection of Cigna Entities to Disclosure Statement for the Joint Plan of Pernix Sleep, Inc. and Its Affiliated Debtors-in-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 353, filed on April 29, 2019]

Related Documents:

F. Joint Plan of Liquidation of Pernix Sleep, Inc. and its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code  [D.I. 339, filed on April 22, 2019]

G. Disclosure Statement for the Joint Plan of Pernix Sleep, Inc. and its Affiliated Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code  [D.I. 340, filed on April 22, 2019]

H. Amended Joint Plan of Liquidation of Pernix Sleep, Inc. and its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code  [To be filed]

I. Amended Disclosure Statement for the Joint Plan of Pernix Sleep, Inc. and its Affiliated Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code  [To be filed]

Status:  The informal comments from Navigators Insurance Company and Endurance American Insurance Company (Item 2A) and the U.S. Securities and Exchange Commission (Item 2C) have been resolved. This matter is going forward.

3.    Debtors' Motion for Entry of an Order (I) Authorizing the Appointment of Garineh Dovletian as Pernix's Wind Down Officer and (II) Authorizing the Debtors to take Such Actions as are Desirable or Necessary to Liquidate their Irish Subsidiaries [D.I. 346, filed on April 25, 2019]

Response Deadline:    May 6, 2019 at 3:00 p.m.

Responses Received:  None at this time.

Related Documents:

A. Order Granting Motion to Shorten Time for Notice of Debtors' Motion for Entry of an Order (I) Authorizing the Appointment of Garineh Dovletian as Pernix's Wind Down Officer and (II) Authorizing the Debtors to take Such Actions as are Desirable or Necessary to Liquidate their Irish Subsidiaries  [D.I. 348, entered on April 26, 2019]

B. Notice of Hearing [D.I. 349, filed on April 26, 2019]

Status:   This matter is going forward.

4.    Debtors' Motion for Entry of an Order Approving Amendment No. 1 to Amended and Restated Asset Purchase Agreement [D.I. 356, filed on April 30, 2019]

Response Deadline:    May 6, 2019 at 3:00 p.m.

Responses Received:  None at this time.

Related Documents:

A. Order Granting Motion to Shorten Time for Notice of Debtors' Motion for Entry of an Order Approving Amendment No. 1 to Amended and Restated Asset Purchase Agreement [D.I. 359, entered on April 30, 2019]

B.  Notice of Hearing [D.I. 361, filed on April 30, 2019]

Status:  This matter is going forward.

Dated: May 2, 2019
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Jennifer L. Cree (No. 5919)
Nicolas E. Jenner (No. 6554 )
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mumford@lrclaw.com
      cree@lrclaw.com
      jenner@lrclaw.com

*-and-*

**DAVIS POLK & WARDWELL LLP**

Eli J. Vonnegut *(Admitted pro hac vice)*
Christopher S. Robertson *(Admitted pro hac vice)*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: eli.vonnegut@davispolk.com
      christopher.robertson@davispolk.com

*Counsel to the Debtors and Debtors-In-Possession*