**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: Pernix Sleep, Inc. *et al.*  Case No. 19-10323 (CSS)
Debtors  Reporting Period: April 1, 2019 - April 30, 2019

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|     Schedule of Disbursements by Debtor Entity | MOR-1a | X | | |
|     Schedule of Debtor Bank Account Balances | MOR-1b | X | | |
|     Schedule of Professional Fees and Expenses Paid | MOR-1c | X | | |
|     Copies of bank statements | | | | Certification Attached |
|     Cash disbursements journals | | | | Certification Attached |
|     Bank reconciliation | | | | Certification Attached |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | | | | Certification Attached |
|     Copies of IRS Form 6123 or payment receipt | | | | Certification Attached |
|     Copies of tax returns filed during reporting period | | | | Certification Attached |
| Summary of Unpaid Postpetition Debts | | | | |
|     Summary of Unpaid Post Petition Accounts Payables | MOR-4 | X | | |
| Accounts Receivable Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

____/s/ Garineh Dovletian_____    June 10, 2019_____
Signature of Authorized Individual*                                  Date

Garineh Dovletian_____    Wind Down Officer_____
Printed Name of Authorized Individual                            Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

**Notes:**

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Pernix Sleep, Inc. (1599), Cypress Pharmaceuticals, Inc. (1860), Gaine, Inc. (3864), Hawthorn Pharmaceuticals, Inc. (2769), Macoven Pharmaceuticals, L.L.C. (4549), Pernix Holdco 1, LLC, Pernix Holdco 2, LLC, Pernix Holdco 3, LLC, Pernix Ireland Limited, Pernix Ireland Pain Designated Activity Company, Pernix Manufacturing, LLC (1236), Pernix Therapeutics Holdings, Inc. (4736), Pernix Therapeutics, LLC (1128) and Respicopea, Inc. (1303). The Debtor's mailing address for purposes of this chapter 11 case is 10 North Park Place Suite 201, Morristown, NJ 07960.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: Pernix Sleep, Inc. *et al.* | Case No. 19-10323 (CSS) |
| Debtors | Reporting Period: April 1, 2019 - April 30, 2019 |

**CERTIFICATION REGARDING POST-PETITION BANK ACCOUNT**
**RECONCILIATIONS, CASH DISBURSEMENT JOURNALS AND**
**COMPLIANCE AND PAYMENT OF POST-PETITION TAXES**

I, Garineh Dovletian, Wind Down Officer, of Pernix Sleep, Inc. *et al.* (the "Debtors") hereby certify the following:

1. Attached to MOR-1 is a listing of the Debtor's bank accounts, by account number, and the opening and closing balances. These accounts are reconciled monthly in accordance with the Debtor's ordinary course accounting practices and are available to the United States Trustee upon request.

2. Cash disbursement journals are maintained in accordance with the Debtor's ordinary course accounting practices and are available to the United States Trustee upon request.

3. To the best of my knowledge and belief, the Debtor is current on all post-petition taxes, and no post-petition tax amounts are past due.

_____/s/ Garineh Dovletian_____   June 10, 2019
Garineh Dovletian                                                                  Date
Wind Down Officer

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: Pernix Sleep, Inc. *et al.*  Case No. 19-10323 (CSS)
Debtors  Reporting Period: April 1, 2019 - April 30, 2019

**Notes to Monthly Operating Report**

**Debtor in Possession Financial Statements**
The financial statements and supplemental information presented in this Monthly Operating Report ("MOR") have been prepared using the Debtors' books and records solely to comply with the monthly reporting requirements under the United States Bankruptcy Code and those of the United States Trustee for Region Three.

The financial statements and supplemental information presented herein are unaudited, preliminary in nature, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. These preliminary unaudited financial statements and other information represent the Debtor's good faith attempt to comply with the requirements of the United States Bankruptcy Code and those of the United States Trustee using the resources available. This information is limited in scope to the requirements of this report.

These preliminary unaudited financial statements have not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, which could be material.  Certain totals may not sum due to rounding.

All related tax implications are not currently reflected in the preliminary unaudited financial statements herein. The financial impact of potential tax and other adjustments on the accompanying preliminary unaudited financial statements cannot be determined at this time.

There may be adjustments to the opening balance sheet as of February 17, 2019 that will impact these accompanying preliminary unaudited financial statements.  ASC 805 permits a one-year measurement period in which the opening balance sheet can be adjusted if additional information becomes available.

**Liabilities Subject to Compromise**
As a result of the commencement of the Debtors' chapter 11 cases, the payment of certain prepetition indebtedness of the Debtors are subject to compromise or other treatment under a plan of reorganization.

**Reorganization Items**
ASC 852 requires expenses and income directly associated with the Debtors' chapter 11 cases to be reported separately in the income statement as reorganization items.  Reorganization items include expenses related to legal advisory and representation services, and other professional consulting and advisory services.  Reorganization costs also include adjustment to record debt at the estimated amount of the claim and an estimate of the loss on sale of assets which is pending a valuation.

**Litigation**
The Debtors are subject to lawsuits and claims that arise out of its operations in the normal course of business.
Prior to the petition date, the Debtors were the defendant to various legal proceedings, described in detail in the most recent publicly filed financial statements, which are stayed during the course of the chapter 11 bankruptcy proceedings.

There are uncertainties inherent in any litigation and appeal and the Debtors cannot predict the outcome. At this time the Debtors are unable to estimate possible losses or ranges of losses that may result from such legal proceedings described in detail in the most recent publicly filed financial statements, and it has not accrued any amounts in connection with such legal proceedings in the financial statements herein, other than attorney's fees accrued prior to the petition date.

**Sale Transaction**
On February 19, 2019, the Debtor entered into an asset purchase agreement with Highbridge Capital Management, LLC (the "Buyer") for the sale of substantially all of its assets through section 363 of the Bankruptcy Code. This transaction was subsequently approved by the Bankruptcy Court on April 15, 2019.  On April 30, 2019, the Debtor closed the sale and transferred substantially all of its assets to the Buyer. As part of the sale, the Debtor entered into a transition services agreement for the post-closing period through the effective date of a Plan of Liquidation. On April 22, 2019, the Debtors filed a Plan of Liquidation and the Disclosure Statement was approved on an interim basis on May 6, 2019. The Confirmation hearing is scheduled for June 20, 2019.

| In re: Pernix Sleep, Inc. et al. | Case No. 19-10323 (CSS) |
|---|---|
| Debtors | Reporting Period: April 1, 2019 - April 30, 2019 |

**MOR - 1**
*Consolidated Schedule of Cash Receipts and Disbursements* [1]
*For the Period: April 1, 2019 - April 30, 2019*
*(Unaudited)*

*$ USD '000s*                           **April 1, 2019 - April 30, 2019**

| | Pernix Therapeutics, LLC | Cypress Pharmaceuticals, Inc. | Pernix Ireland Limited | Pernix Ireland Pain Designated Activity Company | Pernix Therapeutics Holdings, Inc. | Total |
|---|---|---|---|---|---|---|
| **Beginning Cash Balance (Book)** | $ 7,552 | $ 4,754 | $ 55 | $ 19 | $ 5 | $ 12,384 |
| **Receipts** | | | | | | |
| Operating Receipts | $ 13,850 | $ 1,198 | $ - | $ 91 | $ - | 15,138 |
| Miscellaneous Receipts | 14,141 | - | - | - | - | 14,141 |
| **Total Receipts** | 27,990 | 1,198 | - | 91 | - | 29,279 |
| **Operating Disbursements** | | | | | | |
| Payroll & Benefits | (857) | - | - | - | - | (857) |
| Gross to Net Disbursements | (3,883) | (784) | - | - | - | (4,667) |
| Inventory | (547) | (1,076) | - | - | - | (1,622) |
| Royalties | - | - | - | - | - | - |
| Insurance | (77) | - | - | - | - | (77) |
| Nalpropion | (3,034) | - | - | - | - | (3,034) |
| Other G&A | (803) | (4,092) | (55) | (110) | (5) | (5,065) |
| **Total Operating Disbursements** | **(9,201)** | **(5,952)** | **(55)** | **(110)** | **(5)** | **(15,323)** |
| ***Operating Cash Flow*** | *18,789* | *(4,754)* | *(55)* | *(19)* | *(5)* | *13,956* |
| **Debt Service** | | | | | | |
| ABL | - | - | - | - | - | - |
| Trex Notes | (5,000) | - | - | - | - | (5,000) |
| **Total Debt Service** | **(5,000)** | **-** | **-** | **-** | **-** | **(5,000)** |
| **Restructuring Costs** | | | | | | |
| DIP Loan Interest and Fees | (168) | - | - | - | - | (168) |
| Professional Fees | (8,339) | - | - | - | - | (8,339) |
| DIP Paydown | (4,000) | - | - | - | - | (4,000) |
| **Total Non-Operating Disbursements** | **(12,507)** | **-** | **-** | **-** | **-** | **(12,507)** |
| **Total Disbursements** | $ (26,708) | $ (5,952) | $ (55) | $ (110) | $ (5) | $ (32,830) |
| **Net Cash Flow** | $ 1,282 | $ (4,754) | $ (55) | $ (19) | $ (5) | $ (3,551) |
| **DIP Draw** | 5,812 | - | - | - | 3,600 | 9,412 |
| **Nalpropion Escrow Transfer** | (8,789) | - | - | - | - | (8,789) |
| **Ending Cash Balance (Book)** | $ 5,857 | $ - | $ 0 | $ - | $ 3,600 | $ 9,456 |
| **Nalpropion Escrow Account Cash Balance** | $ 11,561 | $ - | $ - | $ - | $ - | $ 11,561 |

**Notes:**

(1) The Schedule of Cash Receipts and Disbursements is presented on a book basis.

(2) The above cash receipts and disbursements include activity relating to the close of the sale of the Debtors' assets to Currax USA Holdings LLC on 4/30/2019

In re: Pernix Sleep, Inc. et al.  
Debtors

Case No. 19-10323 (CSS)  
Reporting Period: April 1, 2019 - April 30, 2019

**MOR - 1**  
*Consolidated Schedule of Cash Receipts and Disbursements* [1]  
*For the Period: April 1, 2019 - April 30, 2019*  
*(Unaudited)*

*$ USD '000s* — February 18, 2019 - April 30, 2019

| | Pernix Therapeutics, LLC | Cypress Pharmaceuticals, Inc. | Pernix Ireland Limited | Pernix Ireland Pain Designated Activity Company | Pernix Therapeutics Holdings, Inc. | Total |
|---|---:|---:|---:|---:|---:|---:|
| **Beginning Cash Balance (Book)** | $ 2,724 | $ 3,322 | $ 54 | $ 172 | $ 5 | $ 6,276 |
| **Receipts** | | | | | | |
| Operating Receipts | $ 33,074 | $ 3,589 | $ 2 | $ 91 | $ - | 36,755 |
| Miscellaneous Receipts | 14,141 | - | - | - | - | 14,141 |
| **Total Receipts** | 47,214 | 3,589 | 2 | 91 | - | 50,896 |
| **Operating Disbursements** | | | | | | |
| Payroll & Benefits | (1,958) | - | - | - | - | (1,958) |
| Gross to Net Disbursements | (14,828) | (1,251) | - | - | - | (16,079) |
| Inventory | (2,120) | (1,512) | - | (150) | - | (3,782) |
| Royalties | (156) | - | - | - | - | (156) |
| Insurance | (309) | - | - | - | - | (309) |
| Nalpropion | (3,034) | - | - | - | - | (3,034) |
| Other G&A | (1,262) | (4,148) | (56) | (112) | (5) | (5,583) |
| **Total Operating Disbursements** | (23,668) | (6,911) | (56) | (262) | (5) | (30,902) |
| ***Operating Cash Flow*** | *23,546* | *(3,322)* | *(54)* | *(172)* | *(5)* | *19,994* |
| **Debt Service** | | | | | | |
| ABL | - | - | - | - | (14,529) | (14,529) |
| Trex Notes | (5,000) | - | - | - | - | (5,000) |
| **Total Debt Service** | (5,000) | - | - | - | (14,529) | (19,529) |
| **Restructuring Costs** | | | | | | |
| DIP Loan Interest and Fees | (299) | - | - | - | - | (299) |
| Professional Fees | (9,366) | - | - | - | - | (9,366) |
| DIP Paydown | (4,000) | - | - | - | - | (4,000) |
| **Total Non-Operating Disbursements** | (13,664) | - | - | - | - | (13,664) |
| **Total Disbursements** | $ (42,332) | $ (6,911) | $ (56) | $ (262) | $ (14,534) | $ (64,095) |
| **Net Cash Flow** | $ 4,882 | $ (3,322) | $ (54) | $ (172) | $ (14,534) | $ (13,199) |
| **DIP Draw** | 9,812 | - | - | - | 18,129 | 27,941 |
| **Nalpropion Escrow Transfer** | (11,561) | - | - | - | - | (11,561) |
| **Ending Cash Balance (Book)** | $ 5,857 | $ - | $ 0 | $ - | $ 3,600 | $ 9,457 |
| **Nalpropion Escrow Account Cash Balance** | $ 11,561 | $ - | $ - | $ - | $ - | $ 11,561 |

**Notes:**

(1) The Schedule of Cash Receipts and Disbursements is presented on a book basis.

(2) The above cash receipts and disbursements include activity relating to the close of the sale of the Debtors' assets to Currax USA Holdings LLC on 4/30/2019

| In re: Pernix Sleep, Inc. et al. | Case No. 19-10323 (CSS) |
|---|---|
| Debtors | Reporting Period: April 1, 2019 - April 30, 2019 |

**MOR - 1a**
*Schedule of Disbursements by Debtor Entity* [1]
*For the Period: April 1, 2019 - April 30, 2019*
*(Unaudited)*

$ USD '000s

| Debtors | Case Number | April 1, 2019 - April 30, 2019 | Cumulative Since Filing |
|---|---|---:|---:|
| Pernix Therapeutics, LLC | 19-10329 | $ (26,708) | $ (42,332) |
| Cypress Pharmaceuticals, Inc. | 19-10330 | (5,952) | (6,911) |
| Pernix Ireland Limited | 19-10325 | (55) | (56) |
| Pernix Ireland Pain Designated Activity Company | 19-10327 | (110) | (262) |
| Pernix Therapeutics Holdings, Inc.[2] | 19-10324 | (5) | (14,534) |
| Gaine, Inc. | 19-10335 | - | - |
| Hawthorn Pharmaceuticals, Inc. | 19-10336 | - | - |
| Macoven Pharmaceuticals, L.L.C. | 19-10334 | - | - |
| Pernix Holdco 1, LLC | 19-10331 | - | - |
| Pernix Holdco 2, LLC | 19-10332 | - | - |
| Pernix Holdco 3, LLC | 19-10326 | - | - |
| Pernix Manufacturing, LLC | 19-10328 | - | - |
| Pernix Sleep, Inc. | 19-10323 | - | - |
| Respicopea, Inc. | 19-10333 | - | - |
| **Total** | | **$ (32,830)** | **$ (64,095)** |

**Notes:**

(1) The Schedule of Disbursements is presented on a book basis. The five entities included on the schedule represent all disbursements of the Debtors. The other remaining nine Debtor entities do not make disbursements.

(2) Pernix Therapeutics Holdings, Inc. disbursements includes the payoff of the pre-petition ABL and interest totaling $14,528,717.

| In re: Pernix Sleep, Inc. et al. | Case No. 19-10323 (CSS) |
|---|---|
| Debtors | Reporting Period: April 1, 2019 - April 30, 2019 |

## MOR - 1b
### Schedule of Debtor Bank Account Balances [1]
### For the Period: April 1, 2019 - April 30, 2019
### (Unaudited)

| $ USD '000s<br>Debtor | Bank | Last Four Digits<br>Account No. | Account Description | Beginning Balance<br>4/1/2019 | Ending Balance<br>4/30/2019 |
|---|---|---|---|---:|---:|
| Pernix Therapeutics LLC | Wells Fargo | 2816 | Pernix zero-balance lockbox | $ - | $ - |
| Cypress Pharmaceuticals, Inc. | Wells Fargo | 5673 | Cypress zero-balance lockbox | - | - |
| Pernix Therapeutics LLC | Wells Fargo | 2824 | Pernix Operating | 8,314,020 | - |
| Cypress Pharmaceuticals, Inc. | Wells Fargo | 2865 | Cypress Operating | 4,754,921 | - |
| Pernix Therapeutics Holdings, Inc. | Wells Fargo | 3388 | Pernix Holdings | 5,138 | 3,600,000 |
| Pernix Ireland Pain Designated Activity Company | Allied Irish Bank | 3508 | PIPDAC Operating | 16,101 | 475 |
| Pernix Ireland Limited | Allied Irish Bank | 8061 | PIL Operating (EUR) [2] | 55,108 | 346 |
| Pernix Ireland Pain Designated Activity Company | Allied Irish Bank | 3187 | PIPDAC Operating (EUR) [2] | 3,069 | 346 |
| Pernix Therapeutics LLC | Wells Fargo | 2840 | Pernix Payroll | - | 5,871,619 |
| Pernix Therapeutics LLC | Wells Fargo | 2832 | Pernix FSA | - | - |
| Macoven Pharmaceuticals LLC | Wells Fargo | 5186 | Utility adequate assurance deposit | 6,751 | 2,696,999 |
| Pernix Therapeutics LLC | Wells Fargo | 0526 | Nalpropion receipts escrow account | 2,772,023 | 810,227 |
| **Total Bank Account Balances** | | | | **$ 15,927,130** | **$ 12,980,013** |

Notes:

(1) The Consolidated Schedule of Cash Receipts and Disbursements (MOR-1) and Schedule of Disbursements by Debtor Entity (MOR-1a) represent book balances while MOR-1b represents bank balances. The balances differ primarily due to the bank's delayed recording of intrabank activity between the general checking and sweep accounts.
(2) The EUR accounts are presented in USD and translated at the daily FX rate based upon the statement date.

| In re: Pernix Sleep, Inc. et al. | Case No. 19-10323 (CSS) |
|---|---|
| Debtors | Reporting Period: April 1, 2019 - April 30, 2019 |

**MOR - 1c**
*Schedule of Professional Fees and Expenses Paid*
*For the Period: April 1, 2019 - April 30, 2019*
*(Unaudited)*

| | | | | | 4/1/2019 - 4/30/2019 | | Cumulative Since Filing | |
|---|---|---|---|---|---|---|---|---|
| Payee | Category | Payor | Date | Period Covered | Fees | Expenses | Fees | Expenses |
| **Retained Professionals** | | | | | | | | |
| Prime Clerk LLC | Claims Agent | Pernix Therapeutics, LLC | 4/25/2019 | 2/18/2019 - 3/31/2019 | $ 38,324 | $ 51,426 | $ 65,149 | $ 77,957 |
| **Other Restructuring Professionals** | | | | | | | | |
| Skadden, Arps, Slate, Meagher & Flom LLP | DIP Lenders Counsel | Pernix Therapeutics, LLC | 4/29/2019 | 1/1/2019 - 3/31/2019 | 350,280 | 6,089 | 1,211,731 | 17,836 |
| Ducera Partners LLC | DIP Lenders Financial Advisor | Pernix Therapeutics, LLC | 4/15/2019 | 3/1/2019 - 3/31/2019 | 100,000 | 718 | 200,000 | 1,029 |
| **Total** | | | | | $ 488,604 | $ 58,233 | $ 1,476,880 | $ 96,823 |

| In re: Pernix Sleep, Inc. et al. | Case No. 19-10323 (CSS) |
|---|---|
| Debtors | Reporting Period: April 1, 2019 - April 30, 2019 |

**MOR - 2**
*Statement of Operations*
*For the Period: April 1, 2019 - April 30, 2019*
*(Unaudited)*

$ USD '000s

| | Pernix Therapeutics, LLC | Cypress Pharmaceuticals, Inc. | Pernix Ireland Limited | Pernix Ireland Pain Designated Activity Company | Intercompany Eliminations | Pernix Therapeutics Holdings, Inc. | Total |
|---|---|---|---|---|---|---|---|
| Net product sales | $ 5,131 | $ 1,659 | $ - | $ - | $ - | $ - | $ 6,791 |
| Cost of product sales | (693) | (1,456) | (60) | - | 990 | - | (1,219) |
| Operating expenses: | | | | | | | |
|    Selling, general and administrative | (1,339) | (193) | 156 | (46) | 159 | (147) | (1,411) |
|    Amortization of product rights | (9) | (42) | - | (319) | - | - | (369) |
|    Other operating expenses | (23) | - | - | - | - | - | (23) |
| Total operating expenses | (1,370) | (235) | 156 | (365) | 159 | (147) | (1,803) |
| **Gain/(Loss) from operations** | **3,068** | **(32)** | **96** | **(365)** | **1,149** | **(147)** | **3,769** |
| Other income/(expense): | | | | | | | |
|    Interest income | - | - | - | 30 | (1,500) | 1,500 | 30 |
|    Interest expense | (2) | - | (1,500) | (767) | 1,500 | (2,457) | (3,226) |
|    Management fee income | 269 | - | - | - | - | - | 269 |
|    Other income/(expense) | 0 | - | 0 | 1 | - | - | - |
| Total other income (expenses) | 267 | - | (1,500) | (736) | - | (957) | (2,927) |
| **Net gain/(loss)** | **3,335** | **(32)** | **(1,404)** | **(1,101)** | **1,149** | **(1,104)** | **842** |
| Reorganization expenses | (6,386) | - | - | - | - | - | (6,386) |
| **Net gain/(loss)** | **$ (3,051)** | **$ (32)** | **$ (1,404)** | **$ (1,101)** | **$ 1,149** | **$ (1,104)** | **$ (5,544)** |

| In re: Pernix Sleep, Inc. et al. | Case No. 19-10323 (CSS) |
|---|---|
| Debtors | Reporting Period: April 1, 2019 - April 30, 2019 |

**MOR - 2**
*Statement of Operations*
*For the Period: April 1, 2019 - April 30, 2019*
*(Unaudited)*

$ USD '000s

February 18 - April 30, 2019

| | Pernix Therapeutics, LLC | Cypress Pharmaceuticals, Inc. | Pernix Ireland Limited | Pernix Ireland Pain Designated Activity Company | Intercompany Eliminations | Pernix Therapeutics Holdings, Inc. | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| Net product sales | $ 12,051 | $ 2,594 | $ - | $ 1,265 | $ (1,265) | $ - | $ 14,645 |
| Cost of product sales | (2,497) | (2,854) | (141) | (1,272) | 3,064 | - | (3,700) |
| Operating expenses: | | | | | | | |
| Selling, general and administrative[1] | (3,712) | (507) | 155 | (62) | 369 | (163) | (3,921) |
| Amortization of product rights | (21) | (100) | - | (995) | - | - | (1,115) |
| Other operating expenses | (106) | - | - | - | - | - | (106) |
| Total operating expenses | (3,838) | (607) | 155 | (1,057) | 369 | (163) | (5,142) |
| **Gain/(Loss) from operations** | **5,715** | **(868)** | **14** | **(1,064)** | **2,167** | **(163)** | **5,802** |
| Other income/(expense): | | | | | | | |
| Interest income | - | - | - | 73 | (3,590) | 3,590 | 73 |
| Interest expense | (5) | - | (3,590) | (1,824) | 3,590 | (5,886) | (7,715) |
| Management fee income | 567 | - | - | - | - | - | 567 |
| Other income/(expense) | 0 | - | (0) | 1 | - | - | - |
| Total other income (expenses) | 562 | - | (3,590) | (1,750) | - | (2,296) | (7,075) |
| **Net gain/(loss)** | **6,277** | **(868)** | **(3,576)** | **(2,814)** | **2,167** | **(2,460)** | **(1,273)** |
| Reorganization expenses[1] | (9,856) | - | - | - | - | - | (9,856) |
| **Net gain/(loss)** | $ (3,578) | $ (868) | $ (3,576) | $ (2,814) | $ 2,167 | $ (2,460) | $ (11,128) |

**Notes:**

(1) Some expenses categorized as Selling, general and administrative in the February 18 - March 31, 2019 monthly operating report have since been reclassified as Reorganization expenses in the cumulative Statement of Operations.

| In re: Pernix Sleep, Inc. et al. | Case No. 19-10323 (CSS) |
|---|---|
| Debtors | Reporting Period: April 1, 2019 - April 30, 2019 |

**MOR - 3**
*Balance Sheet*
*(Unaudited)*

$ USD '000s — As of April 30, 2019

| | Pernix Therapeutics, LLC[(1)] | Cypress Pharmaceuticals, Inc. | Pernix Ireland Limited | Pernix Ireland Pain Designated Activity Company | Intercompany Eliminations | Pernix Therapeutics Holdings, Inc. | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Assets** | | | | | | | |
| Current assets: | | | | | | | |
| Cash and cash equivalents | $ 5,857 | $ (0) | $ 0 | $ 1 | $ - | $ 3,600 | $ 9,458 |
| Restricted cash | 7,661 | - | - | - | - | - | 7,661 |
| Accounts receivable, net | - | - | 106,007 | 11,884 | (117,891) | - | (0) |
| Inventory | - | - | - | - | - | - | - |
| Prepaid expenses and other current assets | 3,609 | (211) | 0 | 142 | (73,500) | 74,084 | 4,124 |
| Intercompany receivable | 139,358 | 12,947 | (282,160) | (7,279) | - | 137,134 | (0) |
| **Total current assets** | **156,485** | **12,736** | **(176,152)** | **4,747** | **(191,391)** | **214,818** | **21,243** |
| Non-current assets: | | | | | | | |
| Property and equipment, net | - | - | - | - | - | - | - |
| Investments | - | - | - | - | (109,815) | 109,815 | - |
| Intangible assets | - | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - | - |
| Related party loan receivable | - | - | - | - | - | - | - |
| Other long-term assets | 190 | - | - | - | - | 1,291 | 1,481 |
| **Total assets** | $ **156,675** | $ **12,736** | $ **(176,152)** | $ **4,747** | $ **(301,206)** | $ **325,924** | $ **22,724** |
| **Liabilities and Stockholders' Equity** | | | | | | | |
| Current liabilities: | | | | | | | |
| Accounts payable | $ 408 | $ - | $ - | $ - | $ - | $ - | 408 |
| Accrued expenses | 1,918 | - | 130 | - | - | - | 2,049 |
| Related party payable | 0 | - | - | - | - | - | 0 |
| Other liabilities | 590 | - | 100 | - | - | - | 690 |
| DIP loan | - | - | - | - | - | 10,290 | 10,290 |
| Total current liabilities: | 2,916 | - | 230 | - | - | 10,290 | 13,437 |
| **Total liabilities not subject to compromise** | **2,916** | **-** | **230** | **-** | **-** | **10,290** | **13,437** |
| Total liabilities subject to compromise | 111,682 | 15,314 | 74,067 | 14,558 | (191,391) | 233,261 | 257,491 |
| **Stockholders' equity/(deficit)** | **42,076** | **(2,578)** | **(250,449)** | **(9,812)** | **(109,815)** | **82,373** | **(248,204)** |
| **Total liabilities and stockholders' equity/(deficit)** | $ **156,675** | $ **12,736** | $ **(176,152)** | $ **4,747** | $ **(301,206)** | $ **325,924** | $ **22,724** |

**Notes:**
(1) The Pernix Therapeutics, LLC with Pernix Sleep, LLC intercompany transaction is not included in the above balance sheet presentation. This analysis was completed in connection with the SOFAs/SOALs filed on April 2, 2019. However, to be aligned with the Company's books and records this was not completed for the MOR.
(2) The DIP loan balance is after the application of the closing credit bid pursuant to the APA and the $4 million partial cash payment at APA Closing.

| In re: Pernix Sleep, Inc. et al. | Case No. 19-10323 (CSS) |
|---|---:|
| Debtors | Reporting Period: April 1, 2019 - April 30, 2019 |

**MOR - 3**
*Balance Sheet*
*(Unaudited)*

| $ USD '000s | Pernix Therapeutics, LLC[(1)] | Cypress Pharmaceuticals, Inc. | Pernix Ireland Limited | Pernix Ireland Pain Designated Activity Company | Intercompany Eliminations | Pernix Therapeutics Holdings, Inc. | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Assets** | | | | | | | |
| Current assets: | | | | | | | |
| Cash and cash equivalents | $ 2,724 | $ 3,322 | $ 54 | $ 172 | $ - | $ 5 | $ 6,276 |
| Restricted cash | - | - | - | - | - | - | - |
| Accounts receivable, net | 25,288 | 12,459 | 106,007 | 10,619 | (116,626) | - | 37,747 |
| Inventory | 5,335 | 7,309 | 168 | - | (7,960) | - | 4,852 |
| Prepaid expenses and other current assets | 6,840 | 83 | 14 | 641 | (69,911) | 70,503 | 8,171 |
| Intercompany receivable | 155,249 | 9,200 | (282,167) | (5,972) | - | 126,786 | 3,095 |
| **Total current assets** | **195,437** | **32,372** | **(175,924)** | **5,459** | **(194,496)** | **197,294** | **60,142** |
| Non-current assets: | | | | | | | |
| Property and equipment, net | 500 | 3 | 10 | - | - | - | 513 |
| Investments | - | - | - | 4,428 | (109,815) | 109,815 | 4,428 |
| Intangible assets | 11,108 | 2,933 | 0 | 40,231 | - | - | 54,272 |
| Goodwill | 196 | 6,457 | 2,825 | 2,621 | - | - | 12,100 |
| Related party loan receivable | - | - | - | 4,584 | - | - | 4,584 |
| Other long-term assets | 190 | - | - | - | - | 1,407 | 1,597 |
| **Total assets** | **$ 207,430** | **$ 41,766** | **$ (173,089)** | **$ 57,324** | **$ (304,311)** | **$ 308,516** | **$ 137,636** |
| **Liabilities and Stockholders' Equity** | | | | | | | |
| Current liabilities: | | | | | | | |
| Accounts payable | $ 150 | $ - | $ 71 | $ 399 | $ - | $ - | 620 |
| Accrued expenses | 38,944 | 12,922 | - | - | - | - | 51,866 |
| Related party payable | - | - | - | - | - | - | - |
| Other liabilities | 913 | - | 296 | - | - | - | 1,209 |
| DIP loan | - | - | - | - | - | 14,185 | 14,185 |
| Total current liabilities: | 40,007 | 12,922 | 367 | 399 | - | 14,185 | 67,880 |
| **Total liabilities not subject to compromise** | **40,007** | **12,922** | **367** | **399** | **-** | **14,185** | **67,880** |
| Total liabilities subject to compromise | 129,171 | 16,517 | 70,496 | 51,515 | (186,537) | 233,120 | 314,283 |
| **Stockholders' equity/(deficit)** | 38,253 | 12,327 | (243,952) | 5,409 | (117,775) | 61,211 | (244,527) |
| **Total liabilities and stockholders' equity/(deficit)** | **$ 207,430** | **$ 41,766** | **$ (173,089)** | **$ 57,324** | **$ (304,311)** | **$ 308,516** | **$ 137,636** |

**Notes:**
(1) The Pernix Therapeutics, LLC with Pernix Sleep, LLC intercompany transaction is not included in the above balance sheet presentation. This analysis was completed in connection with the SOFAs/SOALs filed on April 2, 2019. However, to be aligned with the Company's books and records this was not completed for the MOR.

| In re: Pernix Sleep, Inc. et al. | Case No. 19-10323 (CSS) |
|---|---|
| Debtors | Reporting Period: April 1, 2019 - April 30, 2019 |

**MOR-4**
**Summary of Unpaid Post Petition Accounts Payables**
*As of April 30, 2019*
*(Unaudited)*

*$ USD '000s*

| Post Petition Accounts Payable Aging | Current | 0-30[2] | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Post-Petition Accounts Payable [1] | $ 393 | $ 16 | $ 0 | $ - | $ - | $ 408 |
|  | $ 393 | $ 16 | $ 0 | $ - | $ - | $ 408 |

**Notes:**
(1) The above figures represent post petition trade payables recorded in the Debtors' subledger.
(2) The entire past due amounts were due to ordinary course professionals that were not yet approved to be paid.
(3) Excludes intercompany accouts payable.

In re: Pernix Sleep, Inc. et al.  
Debtors

Case No. 19-10323 (CSS)  
Reporting Period: April 1, 2019 - April 30, 2019

**MOR-5**  
**Accounts Receivable Aging**  
*As of April 30, 2019*  
*(Unaudited)*

*$ USD '000s*

| Accounts Receivable Aging | Current | 0-30 Days | 31-60 Days | 61-90 Days | 91 Days + | Total |
|---|---|---|---|---|---|---|
| Accounts Receivable, net | $ - | $ - | $ - | $ - | $ - | $ - |
|  | $ - | $ - | $ - | $ - | $ - | $ - |

**Debtor Questionnaire**

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | X |  |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | X |
| 3. Have all post petition tax returns been timely filed? If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |

Notes:  
(1) The 363 sales transaction of substantially all Debtors' assets closed on April 30, 2019. See Docket #0321 for the Order approving the sale.