IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PERNIX SLEEP, INC., *et al.*[1] | Case No. 19-10323 (CSS) |
| Debtors. | Jointly Administered |
| CHAD MYERS AND JEFFREY HARTZLER, On behalf of themselves and all others similarly Situated, Plaintiffs, v. PERNIX THERAPEUTICS, LLC, Defendant. | Adv. No. 19-50107 (CSS) |

AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 20, 2019 AT 2:00 P.M.[3] BEFORE THE
HONORABLE CHRISTOPHER S. SONTCHI

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL:

1. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts *Nunc Pro Tunc* to May 31, 2019 [D.I. 450, filed on May 31, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: Pernix Therapeutics Holdings, Inc. (4736), Pernix Therapeutics, LLC (1128), Pernix Manufacturing, LLC (1236), Pernix Sleep, Inc. (1599), Cypress Pharmaceuticals, Inc. (1860), Hawthorn Pharmaceuticals, Inc. (2769), Macoven Pharmaceuticals, L.L.C. (4549), Gaine, Inc. (3864), Respicopea, Inc. (1303), Pernix Ireland Limited (3106PH), Pernix Ireland Pain Designated Activity Company (0190LH), Pernix Holdco 1, LLC, Pernix Holdco 2, LLC, Pernix Holdco 3, LLC.

[2] **Amended items appear in bold.**

[3] If you wish to appear telephonically at the hearing, please schedule your appearance with CourtCall prior to the hearing. The telephone number for CourtCall is (866) 582-6878.

Response Deadline: June 13, 2019 at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Certificate of No Objection [D.I. 465, filed on June 14, 2019]

B. Order Granting the Motion of the Debtors for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts *Nunc Pro Tunc* to May 31, 2019 [D.I. 469, entered on June 18, 2019]

Status: On June 18, 2019, the Court entered an order granted the relief requested. Accordingly, a hearing regarding this matter is not required.

2. Motion of Susan Ghirsig for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code in Order to Resolve Her Claim and Collect from Applicable Insurance Proceeds [D.I. 451, filed on May 31, 2019]

   Response Deadline: June 13, 2019 at 4:00 p.m.

   Responses Received:

   A. Informal comments from the Debtors

   B. Informal comments from The Chubb Companies

   Related Documents:

   **C. Certificate of No Objection [D.I. 475, filed on June 19, 2019]**

   **Status: The Debtors object to the Certificate of No Objection and proposed form of order attached thereto as it was not the order agreed to by the parties.**

3. Motion of the Debtors for Entry of an Order (I) Authorizing the Assumption and Assignment of that Certain Unexpired Lease and (II) Fixing the Cure Costs Related to the Unexpired Lease Pursuant to Bankruptcy Code Section 365 [D.I. 458, filed on June 6, 2019]

   Response Deadline: June 13, 2019 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Certificate of No Objection [D.I. 466, filed on June 14, 2019]

B. Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Assumption and Assignment of that Certain Unexpired Lease and (II) Fixing the Cure Costs Related to the Unexpired Lease Pursuant to Bankruptcy Code Section 365 [D.I. 470, entered on June 18, 2019]

Status: On June 18, 2019, the Court entered an order granted the relief requested. Accordingly, a hearing regarding this matter is not required.

**CONTESTED MATTERS GOING FORWARD:**

4. Motion of Debtors for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief [D.I. 341, filed on April 22, 2019]

    Response Deadline:    June 13, 2019 at 4:00 p.m.

    Responses Received:

    A. Informal comments from Cardinal Health

    B. Informal comments from Mississippi Department of Revenue

    C. Informal comments from Cigna Health and Life Insurance Company

    D. Objection of The Chubb Companies to the First Amended Joint Plan of Liquidation of Pernix Sleep, Inc. and its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 464, filed on June 13, 2019]

    E. Objection to Confirmation of Plan from Karen Schreiber [D.I. 371, filed on May 2, 2019]

    Related Documents:

    F. Joint Plan of Liquidation of Pernix Sleep, Inc. and its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 339, filed on April 22, 2019]

    G. Disclosure Statement for the Joint Plan of Pernix Sleep, Inc. and its Affiliated Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 340, filed on April 22, 2019]

    H. First Amended Joint Plan of Liquidation of Pernix Sleep, Inc. and its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 378, filed on May 6, 2019]

I. First Amended Disclosure Statement for the Joint Plan of Pernix Sleep, Inc. and its Affiliated Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 379, filed on May 6, 2019]

J. Notice of Filing of Blacklines for (i) First Amended Joint Plan of Liquidation of Pernix Sleep, Inc. and its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code and (ii) First Amended Disclosure Statement for the Joint Plan of Pernix Sleep, Inc. and its Affiliated Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 380, filed on May 6, 2019]

K. Order (I) Approving the First Amended Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the First Amended Disclosure Statement and First Amended Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto, and (IV) Granting Related Relief [D.I. 389, filed on May 6, 2019]

L. First Amended Joint Plan of Liquidation of Pernix Sleep, Inc. and its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 390, filed on May 6, 2019] (Solicitation Version)

M. First Amended Disclosure Statement for the Joint Plan of Pernix Sleep, Inc. and its Affiliated Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 391, filed on May 6, 2019] (Solicitation Version)

N. Notice of (A) Interim Approval of the First Amended Disclosure Statement and (B) Combined Hearing to Consider Final Approval of the First Amended Disclosure Statement and Confirmation of the First Amended Plan and the Objection Deadline Related Thereto [D.I. 392, filed on May 6, 2019]

O. Notice of Filing Plan Supplement [D.I. 459, filed on June 6, 2019]

P. Notice of Filing of Amended Plan Supplement [D.I. 471, filed on June 18, 2019]

Q. **Informal comments from Navigators Insurance Company and Endurance American Insurance Company**

R. **Second Amended Joint Plan of Liquidation of Pernix Sleep, Inc. and its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 474, filed on June 19, 2019]**

S. **Notice of Filing of Blackline for Second Amended Joint Plan of Liquidation of Pernix Sleep, Inc. and its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 476, filed on June 19, 2019]**

T. **Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the First Amended Joint Plan of Liquidation of Pernix Sleep, Inc. and Its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 477, filed on June 19, 2019]**

U. **Declaration of Garineh S. Dovletian in Support of Confirmation of the Second Amended Joint Plan of Liquidation of Pernix Sleep, Inc. and its Affiliated Debtors and Debtors-In-Possession Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 478, filed on June 19, 2019]**

V. **Debtors' Memorandum of Law in Support of (A) Final Approval of the Disclosure Statement and (B) Confirmation of the Plan [D.I. 479, filed on June 19, 2019]**

W. **Notice of Filing Proposed Confirmation Order [D.I. 480, filed on June 19, 2019]**

**Status:** The informal objections from Cardinal Health (Item 4.A), Mississippi Department of Revenue (Item 4.B), Cigna Health and Life Insurance Company (Item 4.C), and the formal objection from The Chubb Companies (Item 4.D) are resolved. This matter is going forward.

5. Joint Motion of Proposed Class Representatives and Defendant, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Approve the Settlement Agreement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023, (III) Certify the Settlement Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (IV) Approve the Form and Manner of Notice to Class Members of the Settlement, (V) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (VI) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VII) Grant Related Relief [D.I. 408 and Adv. D.I. 18, filed on May 11, 2019]

   Response Deadline:   May 23, 2019 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Class Action Adversary Proceeding Complaint – Adv. No. 19-50107 [D.I. 74 and Adv. D.I. 1, filed on February 21, 2019]

   B. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 3, issued on March 5, 2019]

C.  [SEALED] Exhibit A to Joint Motion of Proposed Class Representatives and Defendant, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Approve the Settlement Agreement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023, (III) Certify the Settlement Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (IV) Approve the Form and Manner of Notice to Class Members of the Settlement, (V) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (VI) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VII) Grant Related Relief [D.I. 409 and Adv. D.I. 19, filed on May 11, 2019]

D.  Order Granting Joint Motion to Shorten Time for Notice of Joint Motion of Proposed Class Representatives and Defendant, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Approve the Settlement Agreement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023, (III) Certify the Settlement Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (IV) Approve the Form and Manner of Notice to Class Members of the Settlement, (V) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (VI) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VII) Grant Related Relief [D.I. 412 and Adv. D.I. 22, entered on May 13, 2019]

E.  Notice of Hearing [D.I. 413 and Adv. D.I. 23, filed on May 13, 2019]

F.  Order Granting Motion to Seal the Joint Motion of Proposed Class Representatives and Defendant, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Approve the Settlement Agreement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023, (III) Certify the Settlement Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (IV) Approve the Form and Manner of Notice to Class Members of the Settlement, (V) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (VI) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VII) Grant Related Relief [D.I. 429 and Adv. D.I. 27, entered on May 22, 2019]

G.  Amended Order Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 7023 And 9019 (I) Preliminarily Approving the Settlement, (II) Certifying a Class of WARN Act Claimants for Settlement Purposes Only, (III) Appointing Class Counsel and Class Representatives, (IV) Approving the Form and Manner of Notice to Class Members of the Class Certification and Settlement, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (VI) Granting Related Relief [D.I. 440 and Adv. D.I. 29, entered on May 28, 2019]

<u>Status:</u>  This matter is going forward with respect to a fairness hearing for final approval of the settlement.

Dated: June 19, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *[signature]*
_____
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
Jennifer L. Cree (No. 5919)
Nicolas E. Jenner (No. 6554 )
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
    mumford@lrclaw.com
    cree@lrclaw.com
    jenner@lrclaw.com

*-and-*

**DAVIS POLK & WARDWELL LLP**
Eli J. Vonnegut *(Admitted pro hac vice)*
Christopher S. Robertson *(Admitted pro hac vice)*
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: eli.vonnegut@davispolk.com
    christopher.robertson@davispolk.com

*Counsel to the Debtors and Debtors-In-Possession*